**00–1831.   State v. Simmons.**

Montgomery App. No. 18077. Reported at 90 Ohio St.3d 1491, 739 N.E.2d 816. On motion for

1434

reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.